UNITED STATES of America, Appellant, v. 48,046.27 ACRES OF LAND, more or less, IN HEMPSTEAD COUNTY, ARKANSAS, TRACT NO. F–282, Pearl C. Holloway, and Ruby C. Trimble.

No. 12731.

Circuit Court of Appeals, Eighth Circuit.

Oct. 11, 1943.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and J. Robert Crocker, Sp. Atty., Department of Justice, of Texarkana, Ark., for appellant.

Graves & Graves, of Hope, Ark., for appellees.

PER CURIAM.

Appeal from District Court as to Tract No. F–282 docketed and dismissed at costs of appellant, but without taxation of any costs in favor of appellees in this Court, pursuant to stipulation.

---

Clarence A. WEIMER, Appellant, v. Dr. O. H. COX, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.

No. 12734.

Circuit Court of Appeals, Eighth Circuit.

Oct. 14, 1943.

Clarence A. Weimer, pro se.

PER CURIAM.

Application of appellant for leave to proceed further on general appeal in forma pauperis denied.

---

Paul Cullen WHITTINGTON, Appellant, v. UNITED STATES of America, Appellee.

No. 10596.

Circuit Court of Appeals, Fifth Circuit.

Nov. 13, 1943.

Rolland Bradley, of Houston, Tex., for appellant.

Steve M. King, U. S. Atty., and John D. Rienstra, Asst. U. S. Atty., both of Beaumont, Tex., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

On the authority of Buttecali v. United States, 5 Cir., 130 F.2d 172, the judgment in this case is affirmed.